# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| COLT WARREN BORSO,<br><br>　　　　　　　Appellant,<br><br>　　　vs.<br>THE STATE OF NEVADA,<br><br>　　　　　　　Respondent. | No. 75161 |

| | |
|---|---|
| COLT WARREN BORSO,<br><br>　　　　　　　Appellant,<br><br>　　　vs.<br>THE STATE OF NEVADA,<br><br>　　　　　　　Respondent. | No. 75162 |

FILED

MAR 2 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

These are pro se appeals from an order of the district court order dismissing appeals from the justice court. Third Judicial District Court, Lyon County; Leon Aberasturi, Judge.

Our review of these appeals reveals a jurisdictional defect. Specifically, appellant's case arose in the justice court. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976). Accordingly, we conclude that we lack jurisdiction to consider these appeals, and we

ORDER these appeals DISMISSED.

　　　　　　　　　　　　　　　　　　　 Cherry , J.
　　　　　　　　　　　　Cherry

_____, J.　　　　　　　_____, J.
Parraguirre　　　　　　　　　　　　Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

18-11201

cc:     Hon. Leon Aberasturi, District Judge
        Colt Warren Borso
        Attorney General/Carson City
        Lyon County District Attorney
        Third District Court Clerk